**Fill in this information to identify the case:**

Debtor: AA Jedson Company, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): 24-22898

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is: $_____   $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

_____

Last 4 digits of account number _____

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor  AA Jedson Company, LLC  Case number (if known) 24-22898

**Part 2:  List All Creditors with NONPRIORITY Unsecured Claims**  AMENDED

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Acrisure Insurance Partners of NY<br>90 South Ridge St.<br>Port Chester, NY 10573 | $2,585.72 |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cancelled insurance

**Date or dates debt was incurred** 04/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.2** | **Nonpriority creditor's name and mailing address**<br>Acrisure Insurance Partners of NY<br>90 South Ridge St.<br>Port Chester, NY 10573 | $2,490.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cancelled insurance

**Date or dates debt was incurred** 04/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.3** | **Nonpriority creditor's name and mailing address**<br>Acrisure Insurance Partners of NY<br>90 South Ridge St.<br>Port Chester, NY 10573 | $9,118.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Canceled insurance

**Date or dates debt was incurred** 05/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.4** | **Nonpriority creditor's name and mailing address**<br>Alliance Credit Union<br>5530 Fyler Ave.<br>Saint Louis, MO 63139 | $4,124.84 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** 05/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.5** | **Nonpriority creditor's name and mailing address**<br>Astoria Tile<br>1150 31st Ave.<br>Astoria, NY 11106 | $1,800.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 09/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| **3.6** | **Nonpriority creditor's name and mailing address**<br>B&L Testing<br>14941 14th Ave.<br>Queens, NY 11357 | $1,500.00 |
|---|---|---|

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 09/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  AA Jedson Company, LLC
Name
24-22898-shl    Doc 2    Filed 10/21/24    Entered 10/21/24 16:17:18    Main Document
Pg 3 of 10
Case number (*if known*) 24-22898

AMENDED

**Part 2:  Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.7  Nonpriority creditor's name and mailing address**
BNY Mellon
500 Ross Street
Pittsburgh, PA 15262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Cancelled insurance

$ 2,558.43

**Date or dates debt was incurred**  06/2024
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8  Nonpriority creditor's name and mailing address**
Brown & Joseph, LLC
One Pierce Plaza
Suite 700
Itasca, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 365.50

**Date or dates debt was incurred**  08/2024
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.9  Nonpriority creditor's name and mailing address**
Build.com
402 Otterson Dr.
Ste. 100
Chico, CA 95928

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 280.45

**Date or dates debt was incurred**  04/2024
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.10  Nonpriority creditor's name and mailing address**
Chief Fire Prevention & Mechanical, Inc.
100 Grasslands Road
Elmsford, NY 10523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,310.00

**Date or dates debt was incurred**  10/2024
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11  Nonpriority creditor's name and mailing address**
Collection Bureau Hudson Valley
PO Box 831
Newburgh, NY 12551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Collection Agency

$ 415.53

**Date or dates debt was incurred**  08/2024
**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
Concrete Services
40 Sea Cliff Ave.
Ste. A
Glen Cove, NY 11542

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,125.00

**Date or dates debt was incurred**  06/2023
**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** Nonpriority creditor's name and mailing address
Construction Resources LLC
34 4th St.
Apt. 61
North Arlington, NJ 07031

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Creditor seeking judgment

$ 203,748.37

**Date or dates debt was incurred**  08/2023
**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.14** Nonpriority creditor's name and mailing address
Divvy
6220 America Center Dr.
Ste. 100
Alviso, CA 95002

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 28,677.51

**Date or dates debt was incurred**  04/2024
**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.15** Nonpriority creditor's name and mailing address
Frontier Plumbing
123 Woodland Ave.
Westwood, NJ 07675

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 33,638.00

**Date or dates debt was incurred**  08/2023
**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
Good Will Mechanical
1000 Grand St.
Brooklyn, NY 11211

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 18,960.00

**Date or dates debt was incurred**  03/2023
**Last 4 digits of account number**   _____

**Is the claim subject to offset?**
✓ No
☐ Yes

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.17 Nonpriority creditor's name and mailing address**
Heso Electrical Inc.
34-18 Northern Blvd.
Ste 4-5
Long Island City, NY 11101

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 13,245.02

**Date or dates debt was incurred** 06/2023
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18 Nonpriority creditor's name and mailing address**
JP Morgan Chase Bank NA
P.O. Box 15369
Wilmington, DE 60197-6294

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 26,546.27

**Date or dates debt was incurred** 06/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.19 Nonpriority creditor's name and mailing address**
Kalmanson Cohen PLLC
165 Broadway
23rd Floor
New York, NY 10006

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services

$ 26,218.85

**Date or dates debt was incurred** 10/2022
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**3.20 Nonpriority creditor's name and mailing address**
Kalmanson Cohen PLLC
165 Broadway
23rd Floor
New York, NY 10006

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal services

$ 4,081.00

**Date or dates debt was incurred** 05/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21 Nonpriority creditor's name and mailing address**
Key Bank
28 LeCount Place
New Rochelle, NY 10801

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 42,749.14

**Date or dates debt was incurred** 06/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✓ No
☐ Yes

---

**Part 2:  Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.22  Nonpriority creditor's name and mailing address**
M&T Bank
P.O. Box 62182
Baltimore, MD 21264-2182

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 60,000.00

**Basis for the claim:** Monies Loaned / Advanced

**Date or dates debt was incurred** 06/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23  Nonpriority creditor's name and mailing address**
Merchants Mutual Insurance Company
250 Main Street
Buffalo, NY 14202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$ 11,041.77

**Basis for the claim:** Judgment Liens

**Date or dates debt was incurred** 04/24/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.24  Nonpriority creditor's name and mailing address**
NYS Workers' Compensation Board
Bureau of Compliance
PO Box 5200
Binghamton, NY 13902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 6,500.00

**Basis for the claim:** Workers' Compensation violation

**Date or dates debt was incurred** 08/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

**3.25  Nonpriority creditor's name and mailing address**
P.H. Works Inc.
1394 St. Johns Place
Brooklyn, NY 11213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,600.00

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 01/2024
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.26  Nonpriority creditor's name and mailing address**
Rite-Hite Company LLC
c/o Arbon Equiptment Corporation
25464 Newtowrk Place
Chicago, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 190,450.98

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 09/2021
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
☐ Yes

---

Debtor: AA Jedson Company, LLC  
24-22898-shl  Doc 2  Filed 10/21/24  Entered 10/21/24 16:17:18  Main Document  Pg 7 of 10  
Case number (if known): 24-22898  
AMENDED

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.27 Nonpriority creditor's name and mailing address**
Rite-Hite Company LLC
c/o Arbon Equiptment Corporation
25464 Newtowrk Place
Chicago, IL 60673

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$35,782.81

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: 09/2021
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28 Nonpriority creditor's name and mailing address**
Seoul Glass
60-01 27th Ave.
Woodside, NY 11377

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,919.00

Basis for the claim: Suppliers or Vendors

Date or dates debt was incurred: 01/2024
Last 4 digits of account number: _____

Is the claim subject to offset?
✔ No
☐ Yes

---

**3.29 Nonpriority creditor's name and mailing address**
Sunbelt Rentals
150 Nassau Ave.
Islip, NY 11751

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$11,791.67

Basis for the claim: Judgment Liens

Date or dates debt was incurred: 09/2023
Last 4 digits of account number: _____

Is the claim subject to offset?
✔ No
☐ Yes

---

**3.30 Nonpriority creditor's name and mailing address**
T-Seventeen LLC
121 Meserole Ave.
Brooklyn, NY 11222

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

$2,500,000.00

Basis for the claim: Creditor seeking judgment

Date or dates debt was incurred: 08/16/2021
Last 4 digits of account number: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31 Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$150,000.00

Basis for the claim: SBA Loan

Date or dates debt was incurred: 10/2023
Last 4 digits of account number: _____

Is the claim subject to offset?
✔ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address
Wallauer
143 North Main Street
Port Chester, NY 10573

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,149.00

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred: 06/2024
Last 4 digits of account number: _____

---

**3.33** Nonpriority creditor's name and mailing address
Westchester One
44 South Broadway
10th Floor
White Plains, NY 10601

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 2,700.00

**Basis for the claim:** Cancelled Workers' Compensation

**Is the claim subject to offset?**
✓ No
☐ Yes

Date or dates debt was incurred: 03/2024
Last 4 digits of account number: _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Caine and Weiner<br>PO Box 55848<br>Sherman Oaks, CA, 91413 | Line 3.14<br>☐ Not listed. Explain: | _____ |
| 4.2. | Erie County Supreme Court<br>25 Delaware Avenue<br>Buffalo, NY, 14202 | Line 3.23<br>☐ Not listed. Explain | _____ |
| 4.3. | Getman & Biryla, LLP c/o Seth L. Hibbert, Esq.<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, NY, 14203 | Line 3.23<br>☐ Not listed. Explain | _____ |
| 4.4. | Innovative Discovery, LLC<br>PO Box 780154<br>Philadelphia, PA, 19178 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 41. | Irena Shternfeld, Shternfeld & Fainkich PLLC<br>225 Broadway<br>3rd Floor<br>New York, NY, 10007 | Line 3.30<br>☐ Not listed. Explain | _____ |
| 4.5. | Mullooly, Jeffrey, Rooney & Flynn LLP c/o Kerri S. Flynn<br>6851 Jericho Turnpike, Suite 220<br>P.O. Box 9036<br>Syosset, NY, 11791-9036 | Line 3.29<br>☐ Not listed. Explain | _____ |
| 4.6. | NCS Companies<br>PO Box 50276<br>Sarasota, FL, 34232 | Line 3.19<br>☐ Not listed. Explain | _____ |
| 4.7. | Optimum<br>1111 Stewart Ave.<br>Bethpage, NY, 11714 | Line 3.11<br>☐ Not listed. Explain | _____ |
| 4.8. | United Healthcare<br>PO Box 241029<br>Saint Paul, MN, 55124 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor  AA Jedson Company, LLC    Case number (*if known*) 24-22898    AMENDED
        Name

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 3,429,472.86 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,429,472.86 |

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              page 10 of 10