**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | **AA Jedson Company, LLC** | EIN: 45–5081569 |
| | Name | |
| United States Bankruptcy Court   Southern District of New York | | Date case filed for chapter:   7   10/18/24 |
| Case number:   24–22898–shl | | |

## Official Form 309C (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

The staff of the bankruptcy clerk's office and the office of the U.S. Trustee cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| **1. Debtor's full name** | AA Jedson Company, LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 7 Rye Ridge Plaza<br>Ste 149<br>Rye Brook, NY 10573 | |
| **4. Debtor's attorney**<br>Name and address | Jeb Singer<br>J. Singer Law Group<br>One Liberty Plaza, 165 Broadway<br>23rd Floor<br>New York, NY 10006 | Contact phone 917–806–5832<br>Email: jsinger@jsingerlawgroup.com |
| **5. Bankruptcy trustee**<br>Name and address | Marianne T. O'Toole<br>Marianne T. O'Toole, As Trustee<br>2 Depot Plaza<br>Suite 2 E<br>Bedford Hills, NY 10507 | Contact phone 914–232–1511<br>Email: trustee@otoolegroup.com |
| **6. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Quarropas Street<br>White Plains, NY 10601<br><br>Clerk of the Bankruptcy Court:<br>Vito Genna | Office Hours:  Monday – Friday 8:30 AM – 5:00 PM<br><br>Contact phone 914–467–7250<br>Date: 10/22/24 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 14, 2024 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Cell phones are not permitted in the Courthouse without an Attorney Secure Pass which can be obtained at the U.S. District Court Clerk's Office.** | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 342 794 1295, and Passcode 3320364768, OR call 1 (914) 810–4914** |
| | **For additional meeting information go to https://www.justice.gov/ust/moc** | |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| 9. | Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|----|----------------------------------|---|

United States Bankruptcy Court

Southern District of New York

| | |
|---|---|
| In re: | Case No. 24-22898-shl |
| AA Jedson Company, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0208-7 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 22, 2024 | Form ID: 309C | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | AA Jedson Company, LLC, 7 Rye Ridge Plaza, Ste 149, Rye Brook, NY 10573-2822 |
| 8512682 | + | Acrisure Insurance Partners of NY, 90 South Ridge St., Port Chester, NY 10573-2836 |
| 8512683 | + | Alliance Credit Union, 5530 Fyler Ave., Saint Louis, MO 63139-1535 |
| 8512684 | + | Astoria Tile, 1150 31st Ave., Astoria, NY 11106-4812 |
| 8512685 | + | B&L Testing, 14941 14th Ave., Queens, NY 11357-1729 |
| 8512686 | + | BNY Mellon, 500 Ross Street, Pittsburgh, PA 15262-0001 |
| 8512687 | + | Brown & Joseph, LLC, One Pierce Plaza, Suite 700, Itasca, IL 60143-1218 |
| 8512688 | + | Build.com, 402 Otterson Dr., Ste. 100, Chico, CA 95928-8247 |
| 8513320 | + | Chief Fire Prevention & Mechanical, Inc., 100 Grasslands Road, Elmsford, NY 10523-1187 |
| 8512691 | + | Concrete Services, 40 Sea Cliff Ave., Ste. A, Glen Cove, NY 11542-3601 |
| 8512692 | + | Construction Resources LLC, 34 4th St., Apt. 61, North Arlington, NJ 07031-4844 |
| 8512693 | | Divvy, 6220 America Center Dr., Ste. 100, Alviso, CA 95002 |
| 8513321 | + | Erie County Supreme Court, 25 Delaware Avenue, Buffalo, NY 14202-3903 |
| 8512694 | + | Frontier Plumbing, 123 Woodland Ave., Westwood, NJ 07675-3217 |
| 8512695 | + | Getman & Biryla, LLP c/o Seth L. Hibbert, Esq, 800 Rand Building, 14 Lafayette Square, Buffalo, NY 14203-1929 |
| 8512696 | + | Good Will Mechanical, 1000 Grand St., Brooklyn, NY 11211-2734 |
| 8512697 | + | Heso Electrical Inc., 34-18 Northern Blvd., Ste 4-5, Long Island City, NY 11101-2807 |
| 8512698 | + | Innovative Discovery, LLC, PO Box 780154, Philadelphia, PA 19178-0154 |
| 8512699 | + | Irena Shternfeld, Shternfeld & Fainkich PLLC, 225 Broadway, 3rd Floor, New York, NY 10007-3904 |
| 8512701 | + | Kalmanson Cohen PLLC, 165 Broadway, 23rd Floor, New York, NY 10006-1452 |
| 8512704 | + | Merchants Mutual Insurance Company, 250 Main Street, Buffalo, NY 14202-4188 |
| 8512706 | + | NCS Companies, PO Box 50276, Sarasota, FL 34232-0302 |
| 8512707 | + | NYS Workers' Compensation Board, Bureau of Compliance, PO Box 5200, Binghamton, NY 13902-5200 |
| 8512709 | #+ | P.H. Works Inc., 1394 St. Johns Place, Brooklyn, NY 11213-3899 |
| 8512710 | + | Rite-Hite Company LLC, c/o Arbon Equipment Corporation, 25464 Newtowrk Place, Chicago, IL 60673-1254 |
| 8512711 | | Seoul Glass, 60-01 27th Ave., Woodside, NY 11377 |
| 8512712 | + | Skolnick Legal Group, P.C. c/o Martin P. Skol, 18 E 41st St., 6th Floor, New York, NY 10017-6263 |
| 8512713 | + | Skolnick Legal Group, P.C. c/o Ronald W. Sola, 18 E 41st St., 6th Floor, New York, NY 10017-6263 |
| 8512714 | + | Skolnick Legal Group, P.C. c/o Tom B. Gardner, 18 E 41st St., 6th Floor, New York, NY 10017-6263 |
| 8512715 | + | Sunbelt Rentals, 150 Nassau Ave., Islip, NY 11751-3216 |
| 8512716 | + | T-Seventeen LLC, 121 Meserole Ave., Brooklyn, NY 11222-6715 |
| 8512718 | + | United Healthcare, PO Box 241029, Saint Paul, MN 55124-1029 |
| 8512719 | + | Wallauer, 143 North Main Street, Port Chester, NY 10573-4299 |
| 8512720 | + | Westchester One, 44 South Broadway, 10th Floor, White Plains, NY 10601-4411 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jsinger@jsingerlawgroup.com | Oct 22 2024 18:57:00 | Jeb Singer, J. Singer Law Group, One Liberty Plaza, 165 Broadway, 23rd Floor, New York, NY 10006 |
| tr | + | EDI: BMTOTOOLE | | |

| | | Oct 22 2024 22:54:00 | Marianne T. O'Toole, Marianne T. O'Toole, As Trustee, 2 Depot Plaza, Suite 2 E, Bedford Hills, NY 10507-1849 |
| smg | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Oct 22 2024 18:57:00 | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 22 2024 18:57:00 | New York State Tax Commission, Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| smg | + Email/Text: USANYS.Bankruptcy@usdoj.gov | Oct 22 2024 18:57:00 | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| ust | ^ MEBN | Oct 22 2024 18:54:28 | United States Trustee, Office of the United States Trustee - NY, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1459 |
| 8512689 | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 22 2024 18:57:26 | Caine and Weiner, PO Box 55848, Sherman Oaks, CA 91413 |
| 8512690 | + Email/Text: esther@cbhv.com | Oct 22 2024 18:57:00 | Collection Bureau Hudson Valley, PO Box 831, Newburgh, NY 12551-0831 |
| 8512700 | EDI: JPMORGANCHASE | Oct 22 2024 23:00:00 | JP Morgan Chase Bank NA, P.O. Box 15369, Wilmington, DE 60197-6294 |
| 8512702 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 22 2024 18:57:00 | Key Bank, 28 LeCount Place, New Rochelle, NY 10801-6416 |
| 8512703 | Email/Text: camanagement@mtb.com | Oct 22 2024 18:57:00 | M&T Bank, P.O. Box 62182, Baltimore, MD 21264-2182 |
| 8512705 | Email/Text: Bankruptcy@mjrf.com | Oct 22 2024 18:57:00 | Mullooly, Jeffrey, Rooney & Flynn LLP c/o Ker, 6851 Jericho Turnpike, Suite 220, P.O. Box 9036, Syosset, NY 11791-9036 |
| 8512708 | + Email/Text: bcwrtoff@cablevision.com | Oct 22 2024 18:57:00 | Optimum, 1111 Stewart Ave., Bethpage, NY 11714-3533 |
| 8512717 | + Email/Text: PDELINQ@sba.gov | Oct 22 2024 18:57:00 | U.S. Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8512681 | *+ | AA Jedson Company, LLC, 7 Rye Ridge Plaza, Ste. 149, Rye Brook, NY 10573-2822 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024                         Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeb Singer | on behalf of Debtor AA Jedson Company  LLC jsinger@jsingerlawgroup.com, jebsinger@gmail.com |
| Marianne T. O'Toole | trustee@otoolegroup.com  N270@ecfcbis.com |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |

TOTAL: 3