UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In Re:                                                                                           Chapter 7
                                                                                                        Case No. 24-22898-shl

**AA JEDSON COMPANY, LLC**

                                                        **Debtor**
----------------------------------------------------------------X

### CORPORATE RESOLUTION PURSUANT TO E.D.N.Y. 1074-1(a)

**WHEREAS,** the undersigned is the sole shareholder of the AA Jedson Company, LLC. ("Company"); and

**WHEREAS,** the Company is duly-formed in accordance with New York state; and

**WHEREAS,** this resolution is made in accordance with the Company's governing documents; and

**WHEREAS,** after due consideration and consideration of all options, I have determined that filing a Chapter 7 is in the best interests of the Company;

**NOW THEREFORE,**

I do hereby authorize and cause the Company to take such necessary action is reasonable and necessary in order to commence and prosecute a Chapter 7 bankruptcy case; and

I do hereby authorize and cause the Company to engage and compensate the J. Singer Law Group, PLLC.

**Dated:** October 28, 2024                                                                      **MICHAEL BORDES**

                                                                                                                  **/S/ MICHAEL BORDES**