# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF New York - Southern

In re AA Jedson Company, LLC

Case No. 24-22898
Chapter 7

(Debtor(s))

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for AA Jedson Company, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation(s)' equity interests, or states that there are no entities to report under FRBP 7007:

☐ None [check if applicable]

10/28/2024
Date

/s/ Jeb Singer
Statement of attorney or Litigant