**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 7 Case |
| ) | |
| AA JEDSON COMPANY, LLC, ) | Case No.: 24-22898 (SHL) |
| ) | |
| Debtor. ) | |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**
**PURSUANT TO 11 U.S.C. §362(d)**

**APPLICATION HAVING BEEN MADE** to this Court by Patricia Jimenez, as Administrator ad Prosequendum of the Easte of Jose Rosalio Vargas-Garcia ("Jimenez"), through its attorneys, Falcon Rappaport & Berkman LLP, for, *inter alia*, relief from the automatic stay pursuant to 11 U.S.C. §362(d) ("Motion"); and no objections having been filed in response to the Motion; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is ***granted*** such that the automatic stay is modified to permit Jimenez to proceed with civil litigation pending in the Superior Court of New Jersey, Law Division, Hudson County, Docket Number HUD-L-002012-23, without further order of this Court; and it is further

**ORDERED** that the Court waives the 14-day stay provision of Bankruptcy Rule 4001(a)(4) and grants immediate relief from the automatic stay to Jimenez as set forth above.

Dated: _____, 2025
       White Plains, New York

                                                          _____
                                                          UNITED STATES BANKRUPTCY JUDGE