**Michael L. Moskowitz (mlm@frblaw.com)**
**Melissa A. Guseynov (mguseynov@frblaw.com)**
**FALCON RAPPAPORT & BERKMAN LLP**
*Attorneys for Patricia Jimenez, as Administrator ad Prosequendum of the Estate of Jose Rosalio Vargas-Garcia*
265 Sunrise Highway, Suite 50
Rockville Centre, New York 11570
(516) 599-0888

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>AA JEDSON COMPANY, LLC,<br><br>Debtor. | Chapter 7 Case<br><br>Case No.: 24-22898 (SHL) |

**AFFIRMATION OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NASSAU     )

      JENNIFER GUTTENPLAN affirms the following pursuant to C.P.L.R. §2106 as follows:

      1.      I am not a party to the action, am over 18 years of age, and reside in the County of Kings and State of New York.

      2.      I am employed by Falcon Rappaport & Berkman LLP, counsel for Patricia Jimenez, as Administrator ad Prosequendum of the Estate of Jose Rosalio Vargas-Garcia.

      3.      On April 14, 2025, I served a true copy of the copy of the Motion to Lift Automatic Stay, by transmitting the same to the persons named below by First-Class Mail, postage prepaid, by depositing same in an official depository of the United States Postal Service upon the last-known addresses of the addressee as follows:

      AA Jedson Company, LLC
      *Debtor*
      7 Rye Ridge Plaza
      Ste 149
      Rye Brook, New York 10573

      Jeb Singer, Esq.
      J. Singer Law Group
      *Attorneys for Debtor*
      One Liberty Plaza, 165 Broadway
      23rd Floor
      New York, New York 10006

Marianne T. O'Toole, Esq.
*Chapter 7 Trustee*
2 Depot Plaza
Suite 2 E
Bedford Hills, New York 10507

Jill Levi, Esq.
Todd & Levi, LLP
*Attorneys for P.H. Works Inc.*
444 Madison Avenue, Suite 1202
New York, New York 10022

    I affirm this 14th day of April 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                       */s/ Jennifer Guttenplan*
                                       JENNIFER GUTTENPLAN